IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RETO ASMIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA TRUCK LINES, INC., *et al.* | : | NO. 20-6287 |

## ORDER

**AND NOW**, this 13th day of April, 2021, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Document No. 7), Plaintiff's Response in Opposition thereto (Document No. 9), Defendants' Response in Support of their Motion to Dismiss (Document No. 10) and, as explained in the Court's Memorandum Opinion of today, it is hereby **ORDERED** that the Motion is **GRANTED**.  It is further **ORDERED** that Counts I, II and III of the Amended Complaint are **DISMISSED**, with prejudice.

**IT IS SO ORDERED**.

BY THE COURT:


   */s/ Carol Sandra Moore Wells*
   CAROL SANDRA MOORE WELLS
   United States Magistrate Judge